UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-673 RHK/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENT A. WILDFEUER,<br><br>Defendant,<br><br>WAL-MART,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about January 11, 2001.

Defendant is currently being garnished for child support, and there are no funds now available for this garnishment.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on or about January 11, 2001, is hereby released.

Dated: 2/26/03

Magistrate Judge
United States District Court

FILED FEB 26 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK