COUNTY OF BENTON )
) SS S 475824955 01G1
STATE OF ARKANSAS )

CV 00-673 RHK/JMM

RECEIVED BY MAIL
MAY 13 2005
CLERK US DIST COURT MINNEAPOLIS MN

US DEPT OF JUSTICE PLAINTIFF
00-673
VS.
WILDFEUER, KENT A DEFENDANT
WAL-MART STORES, INC. GARNISHEE

ANSWERS OF GARNISHEE

COMES WAL-MART STORES, INC., THROUGH DIANA MCCHRISTIAN, PAYROLL MANAGER, AND FOR ITS ANSWER TO THE ALLEGATIONS AND INTERROGATORIES DIRECTED AGAINST IT FILED BY PLAINTIFF, US DEPT OF JUSTICE , STATES:

1) ON THE DATE AND AT THE TIME OF SERVICE OF THE WRIT OF GARNISHMENT TO WHICH SAID ALLEGATIONS AND INTERROGATORIES WERE ANNEXED, GARNISHEE, WAL-MART STORES, INC., WAS INDEBTED TO DEFENDANT, IN THE AMOUNT OF $ 0.00, FOR CURRENT WAGES AS FOLLOWS: BI-WEEKLY WAGES 4/16/05 THRU 4/29/05

| | | |
|---|---|---|
| 1. | GROSS WAGES DUE: | $ 0.00 (BI-WEEKLY) |
| 2. | LESS DEDUCTIONS REQUIRED BY LAW: | |
| | A. FEDERAL WITHHOLDING TAX | ( 0.00 ) |
| | B. F.I.C.A. WITHHOLDING | ( 0.00 ) |
| | C. STATE INCOME TAX WITHHOLDING | ( 0.00 ) |
| | D. LOCAL TAX(S) | ( 0.00 ) |
| | E. INSURANCE | ( 0.00 ) |
| 3. | NET DISPOSABLE EARNINGS | 0.00 |
| 4. | AMOUNT NOT EXEMPT: | |
| | A. 25.00% OF NET DISPOSABLE EARNING | $ 0.00 |
| | B. NET DISPOSABLE EARNING LESS 309.00 | $ 0.00 |
| | C. ________________ DETERMINED BY COURT | $ 0.00 |

AMOUNT SUBJECT TO GARNISHMENT IS THE LESSER AMOUNT OF EITHER 4A OR 4B.

5. AMOUNT BEING HELD SUBJECT TO THE COURT ORDER; OR PAID INTO COURT HEREWITH: ENTER THE LESSER OF 4A OR 4B. $ 0.00

2) ASSOCIATE INACTIVE AT THIS TIME
NO EARNINGS THIS PAY PERIOD

RESPECTFULLY SUBMITTED,
WAL-MART STORES, INC.,
GARNISHEE

BY: Diana McChristian
DIANA MCCHRISTIAN
PAYROLL MANAGER
PO BOX 82
BENTONVILLE, AR 72712-0082

ON THE 2ND DAY OF MAY , 2005, COMES BEFORE ME, A NOTARY PUBLIC FOR THE COUNTY AND STATE AFOREMENTIONED, WAL-MART STORES, INC., GARNISHEE HEREIN, BY THEIR REPRESENTATIVE DIANA MCCHRISTIAN, PAYROLL MANAGER, AND SUBSCRIBED TO THIS DOCUMENT, SWEARING UNDER OATH THAT THE INFORMATION SET FORTH IN THE FOREGOING ANSWER OF GARNISHEE IS TRUE AND CORRECT TO THE BEST OF ITS KNOWLEDGE, INFORMATION, AND BELIEF.

MY COMMISSION EXPIRES: 3/1/2011

Joetta Ames
JOETTA AMES
NOTARY PUBLIC

SCANNED
MAY 13 2005
U.S. DISTRICT COURT MPLS

CLERK U.S DISTRICT COURT
202 FED. CRTHSE. 300 S. FOURTH
MINNEAPOLIS, MN
55415

STATE OF ARKANSAS
JOETTA AMES
NOTARY PUBLIC
BENTON COUNTY
My Comm. Exp. March 1, 2011