COUNTY OF BENTON )
) SS S 475824955 01G1
STATE OF ARKANSAS )

US DEPT OF JUSTICE PLAINTIFF
00-673 RHK/JMM
VS.
WILDFEUER, KENT A DEFENDANT
WAL-MART STORES, INC. GARNISHEE

RECEIVED BY MAIL SEP 29 AM 9:02

ANSWERS OF GARNISHEE

COMES WAL-MART STORES, INC., THROUGH DIANA MCCHRISTIAN, PAYROLL MANAGER, AND FOR ITS ANSWER TO THE ALLEGATIONS AND INTERROGATORIES DIRECTED AGAINST IT FILED BY PLAINTIFF, US DEPT OF JUSTICE , STATES:

1) ON THE DATE AND AT THE TIME OF SERVICE OF THE WRIT OF GARNISHMENT TO WHICH SAID ALLEGATIONS AND INTERROGATORIES WERE ANNEXED, GARNISHEE, WAL-MART STORES, INC., WAS INDEBTED TO DEFENDANT, IN THE AMOUNT$OF 0.00, FOR CURRENT WAGES AS FOLLOWS: BI-WEEKLY WAGES 9/03/05 THRU 9/16/05

| | | |
|---|---|---|
| 1. | GROSS WAGES DUE: | $ 0.00 (BI-WEEKLY) |
| 2. | LESS DEDUCTIONS REQUIRED BY LAW: | |
| | A. FEDERAL WITHHOLDING TAX | $ ( 0.00 ) |
| | B. F.I.C.A. WITHHOLDING | $ ( 0.00 ) |
| | C. STATE INCOME TAX WITHHOLDING | $ ( 0.00 ) |
| | D. LOCAL TAX(S) | $ ( 0.00 ) |
| | E. INSURANCE | $ ( 0.00 ) |
| 3. | NET DISPOSABLE EARNINGS | $ 0.00 |
| 4. | AMOUNT NOT EXEMPT: | |
| | A. 25.00% OF NET DISPOSABLE EARNING | $ 0.00 |
| | B. NET DISPOSABLE EARNING LESS 309.00 | $ 0.00 |
| | C. ________________ DETERMINED BY COURT | $ 0.00 |

AMOUNT SUBJECT TO GARNISHMENT IS THE LESSER AMOUNT OF EITHER 4A OR 4B.

5. AMOUNT BEING HELD SUBJECT TO THE COURT ORDER; OR PAID INTO COURT HEREWITH: ENTER THE LESSER OF 4A OR 4B. $ 0.00

2) ASSOCIATE INACTIVE AT THIS TIME
NO EARNINGS THIS PAY PERIOD

RESPECTFULLY SUBMITTED,
WAL-MART STORES, INC
GARNISHEE

BY: Diana McChristian
DIANA MCCHRISTIAN
PAYROLL MANAGER
PO BOX 82
BENTONVILLE, AR 72712-0082

ON THE 19TH DAY OF SEPTEMBER, 2005, COMES BEFORE ME, A NOTARY PUBLIC FOR THE COUNTY AND STATE AFOREMENTIONED, WAL-MART STORES, INC., GARNISHEE HEREIN, BY THEIR REPRESENTATIVE DIANA MCCHRISTIAN, PAYROLL MANAGER, AND SUBSCRIBED TO THIS DOCUMENT, SWEARING UNDER OATH THAT THE INFORMATION SET FORTH IN THE FOREGOING ANSWER OF GARNISHEE IS TRUE AND CORRECT TO THE BEST OF ITS KNOWLEDGE, INFORMATION, AND BELIEF.

MY COMMISSION EXPIRES: 3/1/2011

Joetta Ames
JOETTA AMES
NOTARY PUBLIC

CLERK U.S DISTRICT COURT
202 FED. CRTHSE. 300 S. FOURTH
MINNEAPOLIS, MN
55415

SCANNED
SEP 29 2005
U.S. DISTRICT COURT MPLS

STATE OF ARKANSAS
JOETTA AMES
NOTARY PUBLIC
BENTON COUNTY
My Comm. Exp. March 1, 2011

# Merchant & Gould

An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

RECEIVED BY U.S. MAIL
2005 SEP 29 AM 9:00
U.S. DIST. COURT MINNEAPOLIS, MN

Direct Contact | 612.336.4665
tleach@merchant-gould.com

September 28, 2005

Clerk of Court
U.S. District Court
District of Minnesota
202 U.S. Courthouse
300 S. 4th Street
Minneapolis, MN 55415

Re: M&G No. 14729.3USZA
Home Depot Your Other Warehouse Limited Liability Corporation et al v. Menard, Inc.
Civil Action No. 0:04-cv-03145 JRT-FLN

Dear Clerk of Court:

Caldwell A. Camero no longer represents Menard, Inc. and is no longer associated with the above case. If possible, please remove Ms. Camero from the list to receive ECF notices in the above referenced case. Her e-mail address is listed as "cadlwellcamero@hotmail.com." Please call if you have any questions. My direct number is 612-336-4665.

Very truly yours,

Thomas J. Leach

TJL:ada
cc: Dawn Sands